

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE BILLIE,<br><br>               Petitioner,<br><br>v.<br><br>RALPH DIAZ,<br><br>               Respondent. | CASE NO. 2:18-CV-09218-SK<br><br>**JUDGMENT** |

Pursuant to the Order Denying First Amended Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: April 25, 2019

STEVE KIM
U.S. MAGISTRATE JUDGE